IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

T.K. PARTHASARTHY, EDMUND WOODBURY,
STUART ALLEN SMITH, and SHARON SMITH,
individually and on behalf of all others
similarly situated,

Plaintiffs,

vs.

T. ROWE PRICE INTERNATIONAL FUNDS, INC.,
a corporation, T. ROWE PRICE INTERNATIONAL, INC.,
ARTISAN FUNDS, INC., a corporation,
ARTISAN PARTNERS LIMITED PARTNERSHIP,
AIM INTERNATIONAL FUNDS, INC., a corporation,
and AIM ADVISORS, INC.,

Defendants.                              Case No. 03-cv-673-DRH
                                    and (Case No. 05-cv-302-DRH)

## ORDER

**HERNDON, District Judge:**

Pursuant to the Seventh Circuit's Mandate (Doc. 112), as stated in ***In re Mutual Fund Market-Timing Litigation***, **2006 WL 2935316, 2006 U.S. App. LEXIS 25660 (7th Cir. Oct. 16, 2006)**, the Court hereby **REMANDS** the entire case[1] back to the Circuit Court of Madison County, Illinois (as the re-removal by the Price and AIM defendants was docketed in this Court under Case Number 05-302

---

[1] There were several appeals pertaining to this case, assigned the following appeal nos.: 04-1628, 05-3548 and 05-3585.

"should be dismissed as an unauthorized attempt to engineer a partial removal of a single case"). ***Id.***

      **IT IS SO ORDERED.**

Signed this 29th day of November, 2006.

                                          /s/         David   RHerndon
                                          **United States District Judge**